1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

KEVIN JOHNSON,

          Petitioner

     v.

J. SOTO,

          Respondent.

Case No. CV 14-3748-SJO (GJS)

JUDGMENT

17
18

Pursuant to the Court's Order Granting Request For Dismissal:

19
20
21

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

22
23
24
25
26
27
28

DATED: May 20, 2015.

S. James Otero

_____

S. JAMES OTERO
 UNITED STATES DISTRICT JUDGE